**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01609-DDD-NYW

JONATHAN SCHERLING,

Plaintiff,

v.

SOUTHERN LAND COMPANY, LLC,

Defendant.

---

**PLAINTIFF'S SUPPLEMENT TO SCHEDULING ORDER**

---

Pursuant to Section 5 of the Court's September 3, 2019 Scheduling Order (Dkt. No. 16), Plaintiff Jonathan Scherling hereby supplements the Court's Scheduling Order with a good faith estimate of his computation of damages.

At this time Plaintiff estimates that he is owed approximately $13,040.00 in unpaid overtime and approximately $13,040.00 in liquidated damages. These amounts do not include attorney's fees and costs incurred to date. Plaintiff reserves the right to amend this estimate of damages, as discovery is ongoing.

Dated: September 30, 2019

By: *<u>/s/ Jennell K. Shannon</u>*

Jennell K. Shannon (MN Bar No. 0398672)*
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
T: (612) 436-1800
F: (612) 436-1801
jshannon@johnsonbecker.com

*Admitted in U.S. District Court for the District of Colorado